UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Stephen Toscano,<br><br>       Plaintiff,<br>v.<br><br>Westlake Financial; and DOES 1-10, inclusive,<br><br>       Defendant. | Civil Action No.: 2:15-cv-03218-ADS-GRB |

**NOTICE OF SETTLEMENT**

  NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: September 18, 2015

                     Respectfully submitted,

                     PLAINTIFF, Stephen Toscano

                     /s/ Sergei Lemberg

                     Sergei Lemberg, Esq. (SL 6331)
                     **LEMBERG LAW, L.L.C.**
                     1100 Summer Street, 3rd Floor
                     Stamford, CT 06905
                     Telephone: (203) 653-2250
                     Facsimile: (203) 653-3424
                     slemberg@lemberglaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on September 18, 2015, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                              By /s/ Sergei Lemberg

                                                  Sergei Lemberg