**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

Stephen Toscano,

           Plaintiff,

v.

Westlake Financial; and DOES 1-10, inclusive,

           Defendant.

Civil Action No.: 2:15-cv-03218-ADS-GRB

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 19 2015 ★
LONG ISLAND OFFICE

---

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITH PREJUDICE**
**PURSUANT TO RULE 41(a)**

Stephen Toscano ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: November 18, 2015

           Respectfully submitted,

           By: /s/ Sergei Lemberg

           Sergei Lemberg (SL 6331)
           Lemberg Law L.L.C.
           1100 Summer Street, 3rd Floor
           Stamford, CT 06905
           Telephone: (203) 653-2250
           Facsimile: (203) 653-3424
           Attorneys for Plaintiffs

So Ordered. Case Closed.

s/ Arthur D. Spatt

_____    11/19/15
Arthur D. Spatt, U.S.D.J.           Date